IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARTIN SHANE WADDINGHAM, Defendant. | CR 20-102-BLG-SPW FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 42). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on June 3, 2021;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith and Wesson, Model SW9VE (serial number DSR6910) with magazine;
- Springfield XC .40 pistol magazine;
- ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of December, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge